IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

FILED
JUL 10 2017
Clerk, U.S District Court
District Of Montana
Great Falls

| | |
|---|---|
| CITIZENS FOR CLEAN ENERGY, ECOCHEYENNE, MONTANA ENVIRONMENTAL INFORMATION CENTER, CENTER FOR BIOLOGICAL DIVERSITY, DEFENDERS OF WILDLIFE, SIERRA CLUB, and WILDEARTH GUARDIANS,<br><br>Plaintiffs,<br><br>and<br><br>THE NORTHERN CHEYENNE TRIBE,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. DEPARTMENT OF THE INTERIOR; U.S. SECRETARY OF THE INTERIOR; and U.S. BUREAU OF LAND MANAGEMENT,<br><br>Defendants. | CV-17-30-GF-BMm<br><br>ORDER REGARDING NATIONAL MINING ASSOCIATION'S MOTION TO INTERVENE |

Applicant for intervention, National Mining Association, has moved for leave of Court to intervene as of right pursuant to Federal Rule of Civil Procedure 24(a)(2). (Doc. 37.) Federal Defendants do not oppose National Mining

Association's intervention in this matter. *Id.* at 2. The State of Wyoming also does not oppose. *Id.*

Under Fed. R. Civ. P. 24(a)(2), to intervene as of right, an applicant must show that "( 1) it has a significant protectable interest relating to the property or transaction that is the subject of the action; (2) the disposition of the action may, as a practical matter, impair or impede the applicant's ability to protect its interest; (3) the application is timely; and ( 4) the existing parties may not adequately represent the applicant's interest." *In re Estate of Ferdinand E. Marcos Human Rights Litig.,* 536 F.3d 980, 984 (9th Cir. 2008) (internal quotations and citation omitted).

National Mining Association represents the only national organization representing mining interests. (Doc. 38 at 6.) National Mining Association also occupies a different position than that of the United States and the State of Wyoming on the basis that the organization represents the business interests of its coal company members. *Id.* at 8-9. The Applicant meets the standard for intervention as of right.

IT IS ORDERED that the unopposed motion (Doc. 37) for intervention as of right of Applicant National Mining Association is hereby GRANTED.

IT IS FURTHER ORDERED that Defendant-Intervenor National Mining Association must file its responsive pleading or motion within seven days after the

2

deadline by which Federal Defendants must file their responsive pleading or motion.

The Court will impose briefing word limits on all parties, including intervenors, at the preliminary pretrial conference, which will be scheduled after responsive pleadings or motions are filed in this case.

DATED this 10th day of July, 2017.

_____
Brian Morris
United States District Court Judge