**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| CITIZENS FOR CLEAN ENERGY, et al., <br><br> and <br><br> THE NORTHERN CHEYENNE TRIBE, <br><br> Plaintiffs, <br> vs. <br><br> U.S. DEPARTMENT OF THE INTERIOR, et al., <br><br> Federal Defendants, <br> and <br><br> STATE OF WYOMING, et al, <br><br> Inververnor-Defendants | CV-17-30-GF-BMM <br> CV-17-42-GF-BMM <br><br> **ORDER** |

Amicus Processor Michael Greenstone (Greenstone) has moved for an order allowing Mark Templeton, Esq. and Robert Weinstock, Esq. to appear *pro hac vice* in this case with Shiloh Silvan Hernandez of Western Environmental Law Center, designated as local counsel. The applications of Mr. Templeton and Mr. Weinstock appear to be in compliance with L.R. 83.1(d).

IT IS ORDERED:

Greenstone's motions to allow Mr. Templeton and Mr. Weinstock appear on his behalf, (Docs. 103 and 104) are GRANTED, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Only one attorney appearing *pro hac vice* may act as co-lead counsel;

3. Mr. Templeton and Mr. Weinstock must each do their own work. Each must do their own writing, sign their own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

4. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

5. Admission is personal to Mr. Templeton and Mr. Weinstock.

**IT IS FURTHER ORDERED** that each applicant shall file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of his admission under the terms set forth above.

DATED this 21st day of June, 2018.

_____
Brian Morris
United States District Court Judge