UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| CITIZENS FOR CLEAN ENERGY, et al., <br><br> Plaintiffs, <br><br> and <br><br> THE NORTHERN CHEYENNE TRIBE, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF THE INTERIOR, et al., <br><br> Defendants, <br><br> and <br><br> STATE OF WYOMING, et al., <br> Defendant-Intervenors. | Case No. 4:17-cv-30-BMM <br><br> **ORDER** |
| STATE OF CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF THE INTERIOR, et al., <br><br> Defendants, <br><br> and <br><br> STATE OF WYOMING, et al., <br> Defendant-Intervenors. | Case No. 4:17-cv-42-BMM <br> (consolidated case) |

**IT IS HEREBY ORDERED** that the parties shall comply with the following deadlines and word counts:

| | |
|---|---|
| Federal Defendants to certify, serve, and lodge the second revised administrative record | July 11, 2018 |
| Opening Brief of Plaintiff in CV-17-30 | July 27, 2018 |
| Opening Brief of Plaintiff in CV-17-42 | July 27, 2018 |
| Brief of Amicus Curiae Professor Michael Greenstone (5,000 words) | August 3, 2018 |
| Federal Defendants' Cross-Motion and Opposition Brief (13,000 words) | September 5, 2018 |
| Intervenor-Defendants State of Wyoming and State of Montana's Joint Cross-Motion and Opposition Brief (7,500 words) | September 19, 2018 |
| Intervenor-Defendant National Mining Association's Cross-Motion and Opposition Brief | September 19, 2018 |
| Opposition and Reply Brief of Plaintiff in CV-17-30 | October 16, 2018 |
| Opposition and Reply Brief of Plaintiff in CV-17-42 | October 16, 2018 |
| Federal Defendants' Reply Brief | November 16, 2018 |
| Intervenor-Defendants State of Wyoming and State of Montana's Reply Brief | December 3, 2018 |
| Intervenor-Defendant National Mining Association's Reply Brief | December 3, 2018 |
| Hearing on Cross-Motions for Summary Judgment | Thursday, December 13, 2018, at 10:00 a.m. |

DATED this 23rd day of July, 2018.

_____
Brian Morris
United States District Court Judge