UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| CITIZENS FOR CLEAN ENERGY *et al.* | ) |
| and | ) |
| THE NORTHERN CHEYENNE TRIBE, | ) CV 17-30-BMM |
| | ) (lead consolidated case) |
| Plaintiffs, | ) |
| v. | ) **ORDER** |
| UNITED STATES DEPARTMENT OF THE INTERIOR *et al.* | ) |
| Federal Defendants, | ) |
| and | ) |
| STATE OF WYOMING *et al.*, | ) |
| Intervenor-Defendants. | ) |
| STATE OF CALIFORNIA *et al.* | ) |
| v. | ) CV 17-42-BMM |
| UNITED STATES DEPARTMENT OF THE INTERIOR *et al.* | ) (consolidated case) |
| Federal Defendants, | ) |
| and | ) |
| STATE OF WYOMING *et al.*, | ) |
| Intervenor-Defendants. | ) |

IT IS HEREBY ORDERED that the hearing on the cross-motions for summary judgment on December 13, 2018 at 10:00 is RESET for December 13, 2018 at 2:30 p.m.

DATED this 20th day of November, 2018.

Brian Morris
United States District Court Judge