ROGER SULLIVAN
DUSTIN LEFTRIDGE
McGarvey, Heberling, Sullivan & McGarvey, P.C.
345 1st Ave. E.
Kalispell, Montana 59901-5341
(406) 752-5566
RSullivan@McGarveyLaw.com

ROBERT W. FERGUSON
Attorney General of Washington
WILLIAM R. SHERMAN (*pro hac vice*)
WA Bar No. 29365
Assistant Attorney General
AURORA R. JANKE
MT Bar No. 39522610; WA Bar No. 45862
Special Assistant Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
Telephone:  (206) 233-3391
Fax:  (206) 587-5088
E-mail:  BillS5@atg.wa.gov
           AuroraJ@atg.wa.gov

*Attorneys for Plaintiff State of Washington*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| CITIZENS FOR CLEAN ENERGY, et al., | Case No. 4:17-cv-30-BMM |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| and | |
| THE NORTHERN CHEYENNE TRIBE, | |
| Plaintiff, | |
| v. | |
| U.S. DEPARTMENT OF THE INTERIOR, et al., | |
| Defendants, | |
| and | |
| STATE OF WYOMING, et al., | |
| Defendant-Intervenors. | |

Notice of Appearance                              1

| | |
|---|---|
| STATE OF CALIFORNIA; et al.,<br><br>                              Plaintiffs,<br>   v.<br>U.S. DEPARTMENT OF THE INTERIOR, et al.,<br>                              Defendants<br>and<br>STATE OF WYOMING, et al.,<br>                              Defendant-Intervenors.. | Case No. 4:17-cv-42-BMM<br>(consolidated case) |

Notice is hereby given that Aurora R. Janke, MT Bar No. 39522610, enters her appearance as co-counsel for Plaintiff State of Washington in this action. William R. Sherman (*pro hac vice*) will also continue to represent the State of Washington in this action. Ms. Janke is admitted to this Court and registered for Electronic Case Filing with this Court. Ms. Janke's contact information is:

>Aurora R. Janke
>Special Assistant Attorney General
>Washington State Attorney General's Office
>Counsel for Environmental Protection
>800 Fifth Avenue, Suite 2000, TB-14
>Seattle, WA 98104
>(206) 233-3391

RESPECTFULLY SUBMITTED this 28th day of November, 2018.

Notice of Appearance                              2

ROBERT W. FERGUSON
Attorney General

/s/ *Aurora R. Janke*
WILLIAM R. SHERMAN *(pro hac vice)*
WA Bar No. 29365
Assistant Attorney General
AURORA R. JANKE
MT Bar No. 39522610
WA Bar No. 45862
Special Assistant Attorney General
Counsel for Environmental Protection
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
Telephone:  (206) 233-3391
Fax:  (206) 587-5088
E-mail:  BillS5@atg.wa.gov
                AuroraJ@atg.wa.gov

*Attorneys for Plaintiff State of Washington*

/s/ *Roger Sullivan*
Roger Sullivan
Dustin Leftridge
McGarvey, Heberling, Sullivan & Lacey, P.C.
345 1st Ave. E.
Kalispell, Montana 59901-5341
(406) 752-5566
RSullivan@McGarveyLaw.com

*Attorneys for Plaintiffs*

Notice of Appearance     3

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing is being filed with the Clerk of the Court using the CM/ECF system, thereby serving it on all parties of record, this 28th day of November 2018.

/s/ *Aurora R. Janke*
AURORA R. JANKE
*Attorney for Plaintiff State of Washington*