PRERAK SHAH
Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

MARISSA PIROPATO
Natural Resources Section
P.O. Box 7611 Washington, D.C. 20044
202-305-0470 || 202-305-0506 (fax)
Marissa.Piropato@usdoj.gov

*Counsel for Federal Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

_____

| | |
|---|---|
| CITIZENS FOR CLEAN ENERGY *et al.* | ) CV 17-30-BMM |
| | ) (lead consolidated case) |
| and | ) |
| THE NORTHERN CHEYENNE TRIBE, | ) |
| | ) **NOTICE OF** |
| Plaintiffs, | ) **PUBLICATION OF FINDING** |
| v. | ) **OF NO SIGNIFICANT** |
| | ) **IMPACT AND** |
| U.S. DEPARTMENT OF THE INTERIOR *et al.* | ) **ENVIRONMENTAL** |
| | ) **ASSESSMENT** |
| Federal Defendants, | ) |
| and | ) |
| STATE OF WYOMING *et al.*, | ) |
| Intervenor-Defendants. | ) |

_____ )

| | |
|---|---|
| STATE OF CALIFORNIA *et al.* | ) |
| v. | ) |

1

|   |   |
|---|---|
| UNITED STATES DEPARTMENT OF THE INTERIOR *et al*. | ) <br> ) CV 17-42-BMM <br> ) (consolidated case) <br> ) |
|       Federal Defendants, | ) <br> ) |
|   and | ) <br> ) |
| STATE OF WYOMING *et al.*, <br>       Intervenor-Defendants. | ) <br> ) <br> ) |

Federal Defendants hereby give notice that they have complied with the Court's April 19, 2019 order, ECF No. 141, directing Federal Defendants to analyze – in accord with the National Environmental Policy Act ("NEPA") – the impacts of a March 29, 2017 Secretarial Order, No. 3348 (the "Zinke Order"). In particular, on February 26, 2020, Federal Defendants posted on the Bureau of Land Management website a finding of no significant impact ("FONSI") and final environmental assessment ("EA") which examines, in accord with NEPA, the impacts of the Zinke Order. The FONSI and EA are available for viewing or downloading at the following address:

https://eplanning.blm.gov/epl-front-office/eplanning/planAndProjectSite.do?methodName=dispatchToPatternPage&currentPageId=185221

      Respectfully submitted this 27th day of February, 2020.

2

PRERAK SHAH
Deputy Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

/s/ Marissa Piropato
MARISSA PIROPATO
Natural Resources Section
P.O. Box 7611 Washington, D.C. 20044
202-305-0470 || 202-305-0506 (fax)
Marissa.Piropato@usdoj.gov


*Counsel for Federal Defendants*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing is being filed with the Clerk of the Court using the CM/ECF system, thereby serving it on all parties of record on February 27, 2020.

/s/ *Marissa Piropato*
MARISSA PIROPATO
*Counsel for Federal Defendants*

3