IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| CITIZENS FOR CLEAN ENERGY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>Defendants.<br><br>STATE OF CALIFORNIA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>Defendants,<br><br>STATE OF WYOMING,<br><br>Intervenor – Defendant. | Case No. 4:17-cv-00030-BMM (lead)<br><br>Case No. 4:17-cv-00042-BMM [Consolidated]<br><br>**ORDER** |

The State of Wyoming (Wyoming) has moved for admission of James Kaste (Mr. Kaste), (Doc.157), to practice before this Court in this case with David C. Dalthorp of Jackson, Murdo & Grant, P.C., to act as local counsel. Mr. Kaste's application appears to be in compliance with L.R. 83.1(d).

**IT IS HEREBY ORDERED:**

Wyoming's motion to allow Mr. Kaste to appear on its behalf (Doc. 157) is **GRANTED** on the following conditions:

1. Local counsel, Mr. Dalthorp, will be designated as lead counsel or as co-lead counsel with Mr. Kaste. Mr. Kaste must do his own work. He must do his own writing, sign his own pleadings, motions, briefs and other documents served or filed by him, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court. Local counsel, Mr. Dalthorp, shall also sign such pleadings, motions and briefs and other documents served or filed.

2. Admission is not granted until Mr. Kaste, within fifteen (15) days from the date of this Order has filed an acknowledgment and acceptance of his admission under the terms set forth above.

3. Admission is personal to Mr. Kaste.

DATED this 26th day of March, 2020.

_/s/ Brian Morris_
Brian Morris
United States District Court Judge