UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| CITIZENS FOR CLEAN ENERGY, et al., and THE NORTHERN CHEYENNE TRIBE,<br><br>        Plaintiffs,<br>vs.<br><br>U.S. DEPARMENT OF THE INTERIOR, et al.,<br><br>        Federal Defendants,<br>and<br><br>STATE OF WYOMING, et al.,<br><br>        Defendant-Intervenors | Case No. CV-17-30 -GF-BMM<br><br><br><br><br><br>JUDGMENT IN A CIVIL CASE |
| STATE OF CALIFORNIA, et al.,<br><br>        Plaintiffs,<br>vs.<br><br>U.S. DEPARTMENT OF THE INTERIOR, et al.,<br><br>        Federal Defendants,<br>and<br><br>STATE OF WYOMING, et al.,<br><br>        Defendant-Intervenors. | Case No. CV-17-42-GF-BMM<br><br>(Consolidated Case) |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED that Plaintiffs' requested relief in their Motions for Summary Judgment (Docs. 115, 117) and Briefs on Remedies (Docs. 147, 153) is DENIED.

Dated this 22nd day of May, 2020.

        TYLER P. GILMAN, CLERK

        By: /s/ S. Redding
                S. Redding, Deputy Clerk