Jenny K. Harbine
Amanda D. Galvan
Earthjustice
313 East Main Street
Bozeman, MT 59715
jharbine@earthjustice.org
agalvan@earthjustice.org
(406) 586-9699 | Phone
(406) 586-9695 | Fax

*Counsel for Plaintiffs in*
*Case No. 4:17-cv-30-BMM*

GEORGE TORGUN (*pro hac vice*)
ELIZABETH B. RUMSEY (*pro hac vice*)
Deputy Attorneys General
1515 Clay Street, 20th Floor
Oakland, CA 94612-0550
Telephone: (510) 879-1002
George.Torgun@doj.ca.gov

*Counsel for State of California in*
*Case No. 4:17-cv-42-BMM*

**[Additional Counsel in Signature Block]**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| CITIZENS FOR CLEAN ENERGY, et al., | Case No. 4:17-cv-30-BMM |
| Plaintiffs, | |
| and | |
| THE NORTHERN CHEYENNE TRIBE, | **PLAINTIFFS' JOINT MOTION FOR LEAVE TO SUPPLEMENT THEIR COMPLAINTS; FED. R. CIV. P. 15(d)** |
| Plaintiff, | |

1

| | |
|---|---|
| v. | |
| U.S. DEPARTMENT OF THE INTERIOR, <u>et al.</u>, | |
| Defendants, | |
| and | |
| STATE OF WYOMING, <u>et al.</u>, | |
| Defendant-Intervenors. | |
| STATE OF CALIFORNIA, <u>et al.</u>, | Case No. 4:17-cv-42-BMM (consolidated case) |
| Plaintiffs, | |
| v. | |
| U.S. DEPARTMENT OF THE INTERIOR, <u>et al.</u>, | |
| Defendants, | |
| and | |
| STATE OF WYOMING, <u>et al.</u>, | |
| Defendant-Intervenors. | |

Pursuant to Federal Rule of Civil Procedure 15(d), Plaintiffs in Case Nos. 4:17-cv-030-BMM ("Tribe and Conservation Plaintiffs") and 4:17-cv-042-BMM ("State Plaintiffs") respectfully request leave to supplement their respective complaints to allege new facts and claims related to Federal Defendants' issuance on February 25, 2020 of an environmental assessment and finding of no significant impact regarding their March 29, 2017 decision to rescind the federal coal-leasing moratorium ("the Zinke Order"). This motion seeks to promote a complete

adjudication of the dispute between the parties in the interests of fairness and judicial economy, as set forth in the accompanying brief.  Additionally, the Tribe and Conservation Plaintiffs and State Plaintiffs each submit their proposed First Supplemental Complaint, attached respectively hereto as Exhibits 1 and 2.

Plaintiffs' counsel conferred with counsel for Federal Defendants and each of the Defendant-Intervenors in this action.  All counsel represented that they take no position on this motion at this time.

Respectfully submitted this 20th day of July, 2020.

/s/ Jenny K. Harbine
Jenny K. Harbine
Amanda D. Galvan
Earthjustice
313 East Main Street
Bozeman, MT 59715
jharbine@earthjustice.org
agalvan@earthjustice.org
(406) 586-9699 | Phone
(406) 586-9695 | Fax

*Counsel for Plaintiffs in*
*Case No. CV-17-30-BMM*

Wyatt F. Golding (*pro hac vice*)
Ziontz Chestnut
2101 Fourth Avenue, Suite 1230
Seattle, WA 98121
wgolding@ziontzchestnut.com
(206) 448-1230 | Phone
(206) 448-0962 | Fax

*Counsel for Plaintiff Northern*
*Cheyenne Tribe*

3

Michael Saul (*pro hac vice*)
Center for Biological Diversity
1536 Wynkoop Street, Suite 421
Denver, CO 80202
MSaul@biologicaldiversity.org
(303) 915-8308 | Phone

Anchun Jean Su (*pro hac vice*)
Center for Biological Diversity
1411 K St. NW, Suite 1300
Washington, D.C. 20005
jsu@biologicaldiversity.org
(202) 849-8401 | Phone

*Counsel for Plaintiff*
*Center for Biological Diversity*

 /s/ Roger Sullivan
_____
ROGER SULLIVAN
DUSTIN LEFTRIDGE
McGarvey, Heberling, Sullivan
& Lacey, P.C.
345 1st Ave. E.
Kalispell, Montana 59901-5341
(406) 752-5566
RSullivan@McGarveyLaw.com

*Counsel for State Plaintiffs in*
*Case No. CV-17-42-BMM*

XAVIER BECERRA
Attorney General of California
DAVID ZONANA
Supervising Deputy Attorney General

 /s/ George Torgun
_____
GEORGE TORGUN (*pro hac vice*)
ELIZABETH B. RUMSEY (*pro hac vice*)
Deputy Attorneys General
1515 Clay Street, 20th Floor
Oakland, CA 94612-0550

4

Telephone: (510) 879-1002
George.Torgun@doj.ca.gov

*Counsel for State of California*

HECTOR BALDERAS
Attorney General of New Mexico

  /s/ Bill Grantham

BILL GRANTHAM (*pro hac vice*)
Assistant Attorney General
201 Third St. NW, Suite 300
Albuquerque, NM 87102
Telephone: (505) 717-3520
wgrantham@nmag.gov

*Counsel for State of New Mexico*

LETITIA JAMES
Attorney General of New York

  /s/ Andrew G. Frank

ANDREW G. FRANK (*pro hac vice*)
Assistant Attorney General
New York Attorney General's Office
28 Liberty Street
New York, NY 10005
Telephone: 212-416-8271
Email: andrew.frank@ag.ny.gov

*Counsel for State of New York*

ROBERT W. FERGUSON
Attorney General of Washington

  /s/ William R. Sherman

WILLIAM R. SHERMAN (*pro hac vice*)
Assistant Attorney General
AURORA JANKE, MT Bar No.
39522610
Assistant Attorney General
800 5th Ave Suite 2000, TB-14

5

Seattle, WA 98104-3188
Telephone: (206) 442-4485
Email: bill.sherman@atg.wa.gov

*Counsel for State of Washington*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served today via the Court's

CM/ECF system on all counsel of record.

/s/Jenny K. Harbine
Jenny K. Harbine

1