# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| CITIZENS FOR CLEAN ENERGY, et al., <br> and <br> THE NORTHERN CHEYENNE TRIBE, <br>     Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF THE INTERIOR, et al., <br>     Federal Defendants, <br> and <br> STATE OF WYOMING, et al., <br>     Defendant-Intervenors. | **CV-17-30-GF-BMM** <br><br><br><br> **ORDER** |
| STATE OF CALIFORNIA, et al., <br>     Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF THE INTERIOR, et al., <br>     Federal Defendants, <br> and <br> STATE OF WYOMING, et al., <br>     Defendant-Intervenors. | **CV-17-42-GF-BMM** |

1

Plaintiffs in these cases have filed a Joint Motion for Leave to Supplement their Complaints (Doc. 153). The Court's previous Order determined that the procedurally correct way for Plaintiff to bring its challenges was through a new or supplemental complaint. (Doc. 151). Plaintiffs have opted to file supplemental complaints challenging the Bureau of Land Management's Environmental Analysis; alleging violations of the National Environmental Policy Act (NEPA) and the Administrative Procedure Act (APA); and a violation of the trust obligation to the Northern Cheyenne Tribe. Defendants take no position on Plaintiffs' motion. Therefore, pursuant to Federal Rule of Civil Procedure 15,

**IT IS ORDERED:**

(1) Plaintiff's Joint Motion for Leave to Supplement their Complaints (Doc. 153 in CV-17-42, Doc. 173 in CV-17-30) is **GRANTED**.

(2) The Clerk of Court is directed to file the Supplemental Complaints (Docs. 153-1, 153-2 in CV-17-42) (Docs. 173-1, 173-2 in CV-17-30).

DATED this 23rd day of July, 2020.

Brian Morris, Chief District Judge
United States District Court