IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| CITIZENS FOR CLEAN ENERGY, et al.,<br><br>and<br><br>THE NORTHERN CHEYENNE TRIBE,<br><br>     Plaintiffs,<br><br> vs.<br><br>U.S. DEPARTMENT OF THE INTERIOR, et al.,<br><br>     Defendants. | **CV-17-30-GF-BMM**<br><br>ORDER |
| STATE OF CALIFORNIA, et al.,<br><br>     Plaintiffs,<br> vs.<br><br>U.S. DEPARTMENT OF THE INTERIOR, et al,.<br><br>     Defendants. | **CV-17-42-GF-BMM**<br><br>ORDER |

This matter comes before this Court on a Joint Motion to Stay Briefing (Doc. 179 in 4:17-30 and Doc. 159 in 4:17-42), and, for good cause shown, it is hereby ORDERED that Plaintiffs' and Federal Defendants' stipulation is APPROVED and their joint motion to stay briefing on Plaintiffs' Motion for

Attorneys' Fees and Costs (Doc. 177 in 4:17-30 and Doc. 157 in 4:17-42) is GRANTED.

Briefing regarding Plaintiffs' motion for an award of attorneys' fees is stayed until the statutory deadline for a motion for an award of fees following judgment on Plaintiffs' supplemental complaint, assuming such a motion is filed. If no such motion is filed, the Plaintiffs and Federal Defendants shall confer and propose a schedule for the Conservation Plaintiffs' submission of further briefing and materials in support of their motion for an award of fees and costs on their initial complaint, along with a proposed schedule for proceedings concerning that motion.

Accordingly, **IT IS ORDERED** that the motion (Doc. 179 in 4:17-30 and Doc. 159 in 4:17-42) is **GRANTED**.

Dated the 25 day of August, 2020.

_/s/ Brian Morris_
Brian Morris, Chief District Judge
United States District Court