UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| CITIZENS FOR CLEAN ENERGY, et al., <br><br> Plaintiffs, <br> and <br> THE NORTHERN CHEYENNE TRIBE, <br><br> Plaintiff, <br> v. <br> U.S. DEPARTMENT OF THE INTERIOR, et al., <br><br> Defendants, <br> and <br> STATE OF WYOMING, et al., <br><br> Defendant-Intervenors. | Case No. 4:17-cv-30-BMM <br><br> **ORDER ADOPTING SCHEDULING ORDER AND VACATING PRELIMINARY PRETRIAL CONFERENCE** |

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, et al.,<br><br>    Defendants,<br><br>and<br><br>STATE OF WYOMING, et al.,<br><br>    Defendant-Intervenors. | Case No. 4:17-cv-30-BMM<br>(consolidated case) |

Upon consideration of the Parties' stipulation and joint motion for entry of scheduling order and to vacate preliminary pretrial conference, and good cause appearing therefore, it is hereby

ORDERED that the joint motion is granted; and further

ORDERED that the October 28, 2020 preliminary pretrial conference and associated deadlines for filing a preliminary pretrial statement and statement of stipulated facts are hereby VACATED; and further

ORDERED that the Parties shall abide by the following deadlines and briefing word limits in this matter:

- **December 1, 2020**: Federal Defendants shall lodge the Administrative Record and serve it in electronic format on all counsel

- **January 29, 2021**: Motions to Supplement or Complete Administrative Record, if any (the filing of such a motion shall toll the summary judgment briefing schedule)

- **March 19, 2021**: Plaintiffs' Motions for Summary Judgment and Opening Briefs in support (9,000 words for Conservation Plaintiffs' brief; 9,000 words for State Plaintiffs' brief)

- **April 30, 2021**: Federal Defendants' Cross-Motion and Opposition Brief (12,000 words)

- **May 14, 2021**: Defendant-Intervenors' Cross-Motion and Opposition Briefs (7,000 words for combined brief of the States of Wyoming and Montana; 7,000 words for National Mining Association's brief)

- **June 11, 2021**: Plaintiffs' Response/Reply Briefs (8,000 words for Conservation Plaintiffs' brief; 8,000 words for State Plaintiffs' brief)

- **July 9, 2021**: Federal Defendants' Reply Brief (7,000 words)

- **July 23, 2021**: Defendant-Intervenors' Reply Briefs (4,000 words for combined brief of the States of Wyoming and Montana; 4,000 words for National Mining Association's brief)

Dated this 19th day of October, 2020.

*/s/ Brian Morris*

Brian Morris, Chief District Judge
United State District Court