# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| CITIZENS FOR CLEAN ENERGY *et al.* | |
| and | Case No. 17-cv-30-BMM (lead consolidated case) |
| THE NORTHERN CHEYENNE TRIBE, | |
| Plaintiffs, | **DECLARATION** |
| v. | |
| UNITED STATES DEPARTMENT OF THE INTERIOR *et al.* | |
| Federal Defendants, | |
| and | |
| STATE OF WYOMING *et al.*, | |
| Intervenor-Defendants. | 17-cv-42-BMM (consolidated case) |
| STATE OF CALIFORNIA *et al.* | |
| v. | |

| UNITED STATES DEPARTMENT OF THE INTERIOR *et al*. | ) ) ) ) |
|---|---|
| Federal Defendants. | ) ) ) |

I, Lindsey Curnutt, in accordance with the requirements of 28 U.S.C. § 1746, declare:

1. I am the Division Chief of Solid Minerals for the Department of the Interior, Bureau of Land Management (BLM). I have held this permanent position since August 2020. I hold a Bachelor of Science degree in Geology from the New Mexico Institute of Mining and Technology. I began working for the BLM in 2010. Before I became the Division Chief, I served as the Branch Chief of Energy and Minerals in the BLM Arizona State Office.

2. Among other duties, I have responsibilities associated with the administration of BLM's Federal Coal Leasing program including program oversight.

3. To the best of my knowledge, and based on my personal observations and inquiries of my staff, the BLM does not anticipate holding any coal lease sales or issuing any leases or leasing decisions, including for lease modifications, of the type that were subject to the pause in leasing, within the next 110 days.

I swear under penalty of perjury that the foregoing information is true, accurate, and complete.

Dated this 17th day of May, 2021.