UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| CITIZENS FOR CLEAN ENERGY *et al.* <br><br> and <br><br> THE NORTHERN CHEYENNE TRIBE, <br><br> Plaintiffs, <br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR *et al.* <br><br> Federal Defendants, <br><br> and <br><br> STATE OF WYOMING *et al.*, <br><br> Intervenor-Defendants. | Case No. 17-cv-30-BMM <br> (lead consolidated case) <br><br> **ORDER GRANTING JOINT MOTION FOR STAY** |
| STATE OF CALIFORNIA *et al.* <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR *et al.* <br><br> Federal Defendants. | 17-cv-42-BMM <br> (consolidated case) |

This matter having come before the Court on Federal Defendants' and Plaintiffs' joint motion for stay, and for good cause shown, it is hereby ORDERED

1

that the motion is GRANTED; and further ORDERED that, absent further action during this stay, the Parties shall abide by the following deadlines and briefing word limits in this matter:

- **January 13, 2022**: Federal Defendants' Cross-Motion and Opposition Brief (12,000 words)

- **January 27, 2022**: Defendant-Intervenors' Cross-Motion and Opposition Briefs (7,000 words for combined brief of the States of Wyoming and Montana; 7,000 words for National Mining Association's brief)

- **February 24, 2022**: Plaintiffs' Response/Reply Briefs (8,000 words for Conservation Plaintiffs' brief; 8,000 words for State Plaintiffs' brief)

- **March 22, 2022**: Federal Defendants' Reply Brief (7,000 words)

- **April 5, 2022**: Defendant-Intervenors' Reply Briefs (4,000 words for combined brief of the States of Wyoming and Montana; 4,000 words for National Mining Association's brief)

Dated this 13th day of July, 2021.

_____
Brian Morris, Chief District Judge
United States District Court