# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| CITIZENS FOR CLEAN ENERGY, et al., | **4:17-cv-00030-BMM** |
| Plaintiffs, | |
| and | **ORDER** |
| THE NORTHERN CHEYENNE TRIBE, | |
| Plaintiff, | |
| vs. | |
| U.S. DEPARTMENT OF THE INTERIOR, et al., | |
| Defendants, | |
| and | |
| STATE OF WYOMING, et al., | |
| Defendant-Intervenors. | |
| STATE OF CALIFORNIA, et als., | **4:17-cv-00042-BMM** (consolidated case) |
| Plaintiffs, | |
| vs. | **ORDER** |
| U.S. DEPARTMENT OF THE INTERIOR, et al., | |

|  |
|---|
| Defendants, |
| and |
| STATE OF WYOMING, et al., |
| Defendant-Intervenors. |

The Court previously granted a six-month stay in this matter on July 13, 2021. (Doc. 214.) The parties shall continue to abide by the summary judgment deadlines and briefing word limits provided by the that order. The following deadlines are provided for Defendant-Intervenor National Mining Association's Motion to Dismiss (Doc. 210):

- **January 20, 2022**: Defendant-Intervenors State of Montana and State of Wyoming's consolidated brief in support of Defendant-Intervenor National Mining Association's Motion to Dismiss.

- **January 20, 2022**: Federal Defendants' brief in support of Defendant-Intervenor National Mining Association's Motion to Dismiss.

- **February 3, 2022**: Plaintiffs Citizens for Clean Energy, EcoCheyenne, Montana Environmental Information Center, Center for Biological Diversity, Defenders of Wildlife, Sierra Club, Wildearth Guardians'

consolidated Response Brief to Defendant-Intervenor National Mining Association's Motion to Dismiss

- **February 3, 2022**: Plaintiff Northern Cheyenne Tribe's Response Brief to Defendant-Intervenor National Mining Association's Motion to Dismiss

- **February 3, 2022**: Plaintiffs State of California, State of New Mexico, State of New York, and State of Washington's consolidated Response Brief to Defendant-Intervenor National Mining Association's Motion to Dismiss

- **February 17, 2022:** Defendant-Intervenor National Mining Association's Reply Brief

Dated this 5th day of January, 2022.

_____
Brian Morris, Chief District Judge
United States District Court