Todd Kim
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

Joseph H. Kim, Trial Attorney
Natural Resources Section
P.O. Box 7611 Washington, D.C. 20044
202-305-0207
joseph.kim@usdoj.gov

*Counsel for Federal Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| CITIZENS FOR CLEAN ENERGY *et al.* | |
| and | Case No. 17-cv-30-BMM (lead consolidated case) |
| THE NORTHERN CHEYENNE TRIBE, | |
| Plaintiffs, v. | **FEDERAL DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT** |
| UNITED STATES DEPARTMENT OF THE INTERIOR *et al.* | |
| Federal Defendants, | |
| and | |
| STATE OF WYOMING *et al.*, | 17-cv-42-BMM (consolidated case) |
| Intervenor-Defendants. | |
| STATE OF CALIFORNIA *et al.* | |
| v. | |

| | |
|---|---|
| UNITED STATES DEPARTMENT OF THE INTERIOR *et al*.<br><br>    Federal Defendants. | )<br>)<br>)<br>)<br>) |

Pursuant to this Court's scheduling order dated July 13, 2021 [ECF No. 214], Federal Defendants in these consolidated actions hereby cross-move for summary judgment on all remaining claims in these cases.  As set forth in Federal Defendants' accompanying memorandum, these cases are now moot.

Respectfully submitted this 13th day of January 2022.

            Todd Kim
            Assistant Attorney General
            U.S. Department of Justice
            Environment and Natural Resources
            Division

            /s/ *Joseph H. Kim*
            JOSEPH H. KIM, Trial
            Attorney Natural
            Resources Section
            P.O. Box 7611, Washington,
            D.C. 20044 202-305-0207

            *Counsel for Defendants*

Of Counsel:

Kristen C. Guerriero
John S. Most
Office of the Solicitor
U.S. Department of the Interior

## **CERTIFICATE OF SERVICE**

    I certify that a copy of the foregoing is being filed with the Clerk of the Court using the CM/ECF system, thereby serving it on all parties of record.

                      /s/ *Joseph H. Kim*
                      Joseph H. Kim
                      *Counsel for Defendants*